IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON, AT SEATTLE

NOEL NEWELL                         )
                                    ) No.
      Plaintiff,                    )
                                    ) COMPLAINT AND JURY DEMAND
      v.                            )
                                    )
ZWICKER AND ASSOCIATES, P.C., a     )
Massachusetts Professional          )
Corporation and Donna Smith,        )
a woman,                            )
                                    )
      Defendants.                   )
_____)

**JURISDICTION**

1.  Jurisdiction of this Court arises under 28 U.S.C.§ 1331 and 15 U.S.C. §1692k(d).

2.  This action arises out of the defendants' violation of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq. (hereinafter the "FDCPA").[1]

**VENUE**

3.  Venue is proper in this Judicial District.

4.  The acts and transactions alleged herein occurred in this Judicial District.

5.  The plaintiffs reside in this Judicial District.

6.  The defendant, Zwicker and Associates, P.C.

---

1. The FDCPA will be referred to with § 1692.

COMPLAINT AND JURY DEMAND - 1/9

JAMES STURDEVANT
ATTORNEY AT LAW
BELLINGHAM TOWERS #920
119 N. COMMERCIAL
BELLINGHAM, WASHINGTON 98225
(360) 671-2990
E-MAIL: sturde@openaccess.org

("Zwicker"), transacts business in this Judicial District.

7. Defendant Donna Smith ("Smith") is an attorney who works for Zwicker. Her office is in Milwaukee, Oregon.

## PARTIES

8. Plaintiff is a natural person.

9. She resides in Whatcom County, Washington.

10. She is a "consumer" as that term is defined by § 1692a(3).

## ZWICKER

11. Zwicker is a law firm.

12. Zwicker is a Massachusetts Professional Corporation. According to the the Massachusetts Secretary of State website, it does business at 80 Minutemen Road, Andover, MA 01810.

13. Its registered agent in the state of Washington is CT Corporation System, 505 Union Avenue, SE Ste 120, Olympia, WA 98504.

14. Zwicker is a "debt collector" as that term is defined by 15 U.S.C. § 1692a(6).

15. Zwicker is licensed as a collection agency by the state of Washington.

16. The principal purpose of Zwicker is the collection of debts using the mails and telephone.

17. Zwicker regularly collects or attempts to col-

COMPLAINT AND JURY DEMAND - 2/9

JAMES STURDEVANT
ATTORNEY AT LAW
BELLINGHAM TOWERS #920
119 N. COMMERCIAL
BELLINGHAM, WASHINGTON 98225
(360) 671-2990
E-MAIL: sturde@openaccess.org

lect, directly or indirectly, debts owed or due or asserted to be owed or due another.

18. Zwicker regularly collects or attempts to collect, directly or indirectly, debts owed or due or asserted to be owed or due another that arose out of transactions in which the money, property or services which are the subject of the transactions are primarily for personal, family or household purposes.

**SMITH**

19. Smith is an attorney.

20. Smith is licensed to practice law in Washington State.

21. Smith works for Zwicker as an attorney.

22. The principal purpose of Smith is the collection of debts using the mails and telephone.

23. Smith regularly collects or attempts to collect, directly or indirectly, debts owed or due or asserted to be owed or due another.

24. Smith regularly collects or attempts to collect, directly or indirectly, debts owed or due or asserted to be owed or due another that arose out of transactions in which the money, property or services which are the subject of the transactions are primarily for personal, family or household purposes.

COMPLAINT AND JURY DEMAND - 3/9

JAMES STURDEVANT
ATTORNEY AT LAW
BELLINGHAM TOWERS #920
119 N. COMMERCIAL
BELLINGHAM, WASHINGTON 98225
(360) 671-2990
E-MAIL: sturde@openaccess.org

## FACTUAL ALLEGATIONS

25. Hereafter "Zwicker" includes Smith.

26. Zwicker by and through Smith sued Newell on behalf of FIA Card Services, N.A. in Whatcom County Superior Court under Case No. 11-2-02048-3.

27. Newell hired James Sturdevant ("Sturdevant") to defend her in the lawsuit.

28. The case was dismissed at arbitration.

29. Zwicker, through Smith, filed a motion for default judgment.

30. As part of the motion, Zwicker served Sturdevant a Note for Motion Docket ("Attorney Note"), a true and correct copy of which is attached as Exhibit "A".

31. The hearing date on the Attorney Note is October 29, 2011.

32. Also, as part of the motion, they served Sturdevant a Declaration of Mailing ("DOM-I"). A true and correct copy of it is attached as Exhibit "B."

33. According to DOM-I, Zwicker mailed Attorney Note to Sturdevant on September 16, 2011.

34. Zwicker mailed a Note for Motion Docket to the Whatcom County Superior Court ("Whatcom Note"). A true and correct copy of it is attached as Exhibit "C."

35. Also, as part of the motion, they mailed the What-

COMPLAINT AND JURY DEMAND - 4/9

JAMES STURDEVANT
ATTORNEY AT LAW
BELLINGHAM TOWERS #920
119 N. COMMERCIAL
BELLINGHAM, WASHINGTON 98225
(360) 671-2990
E-MAIL: sturde@openaccess.org

com County Superior Court a Declaration of Mailing ("DOM-II"). A true and correct copy of it is attached as Exhibit "D."

36. The hearing date in the Whatcom Note is October 28, 2011.

37. The date in the Whatcom Note appears to have been whited-out, and the hearing date of October 28, 2011 is handwritten in.

38. Zwicker did not mail a copy of the Whatcom Note with the new date to Sturdevant.

39. Sturdevant learned of the Whatcom Note when he researched the case number on the Whatcom County Superior Court website on October 28, 2011.

40. He filed a Response to Plaintiff's Motion for Default Judgment, a true and correct copy of which is attached as Exhibit "E."

41. Sturdevant appeared at the hearing on October 28, 2011 and filed an answer.

42. On October 28, 2011, he wrote Zwicker a letter asking why he had not been sent a copy of the Whatcom Notice. A true and correct copy of the letter is attached as Exhibit "F."

43. Zwicker never responded to the letter.

**44.**

COMPLAINT AND JURY DEMAND - 5/9

JAMES STURDEVANT
ATTORNEY AT LAW
BELLINGHAM TOWERS #920
119 N. COMMERCIAL
BELLINGHAM, WASHINGTON 98225
(360) 671-2990
E-MAIL: sturde@openaccess.org

## VIOLATIONS OF WASHINGTON STATE RULES

44. Zwicker's failure to serve a copy of the Whatcom Note to Sturdevant as stated in DOM-II violated Wash. Superior Court Rules ("CR") in general and more particularly the following:

A. Zwicker's failure to serve violated CR 5(a) & (b), which required that it serve the Whatcom Note on Sturdevant according to the terms of the rule.

B. Zwicker's failure to serve the Whatcom Note violated CR 6(d), which required Zwicker to give at least five days notice of the hearing date to Sturdevant.

C. Zwicker's failure to serve the Whatcom Note on Sturdevant violated CR 7(b), which describes the rules for motions.

D. Zwicker's failure to serve the Whatcom Note on Sturdevant violated CR 11(a).

45. Zwicker, in its failure to mail the Whatcom Note to Sturdevant, violated the Washington State Rules of Professional Responsibility ("RPC") in general and more particularly the following:

A. Zwicker's failure to serve the Whatcom Note on Sturdevant violated RPC 3.3(a)(1), for Zwicker in DOM-II made a false statement to the Whatcom County Superior Court that it had served the Whatcom Note on Sturdevant.

COMPLAINT AND JURY DEMAND - 6/9

JAMES STURDEVANT
ATTORNEY AT LAW
BELLINGHAM TOWERS #920
119 N. COMMERCIAL
BELLINGHAM, WASHINGTON 98225
(360) 671-2990
E-MAIL: sturde@openaccess.org

B. Zwicker's failure to serve the Whatcom Note on Sturdevant violated RCP 3.4 because changing the hearing date on the Whatcom Note without serving it on Sturdevant was not fair to Newell and her attorney.

## FDCPA VIOLATIONS

46. Zwicker's failure to serve the Whatcom Note on Sturdevant violated § 1692e because Zwicker used a false, deceptive or misleading representation or means in connection with the collection of the debt.

47. Zwicker's failure to serve the Whatcom Note on Sturdevant violated § 1692e(5) because Zwicker threatened to take an action it could not legally take: It could not properly bring the motion for default judgment before the Whatcom County Superior Court, without serving the Whatcom Notice on Sturdevant. October 29, 2011 is not October 28, 2011.

48. Zwicker's failure to serve the Whatcom Note on Sturdevant violated § 1692e(10) because Zwicker used a false representation and deceptive means to collect or attempt to collect the FIA debt: It could not properly bring the motion for default judgment before the Whatcom County Superior Court without serving the Whatcom Notice on Sturdevant. October 29, 2011 is not October 28, 2011.

49. Zwicker's failure to serve the Whatcom Note on

COMPLAINT AND JURY DEMAND - 7/9

JAMES STURDEVANT
ATTORNEY AT LAW
BELLINGHAM TOWERS #920
119 N. COMMERCIAL
BELLINGHAM, WASHINGTON 98225
(360)671-2990
E-MAIL: sturde@openaccess.org

Sturdevant violated § 1692f because its failure to serve the Whatcom Notice on Sturdevant and then go forward with the hearing was an unfair or unconscionable means to collect or attempt to collect the debt.

50. The FDCPA is a "strict liability statute," and Plaintiff need only "show one violation of its provisions to be entitled to judgment in her favor. "*Ellis v. Cohen & Slamowitz, LLP,* 701 F. Supp. 2d 215, 219 (N.D.N.Y. 2010).

51. As a consequence of the Zwicker's failure to serve the Whatcom Note on Sturdevant, Plaintiff is entitled to damages pursuant to FDCPA 1692k(a).

### COUNT I, FDCPA VIOLATION

52. The previous paragraphs are incorporated in this Count as if set forth in full.

53. The act(s) and omission(s) of the defendants constitute a violation of §§ 1692e preface, e(5), (10), & 1692f preface.

54. Pursuant to § 1692k(a), Plaintiff is entitled to damages, reasonable attorney's fees and costs.

### JURY TRIAL DEMAND

55. Plaintiff is entitled to and hereby demands a trial by jury.

### PRAYER

COMPLAINT AND JURY DEMAND - 8/9

JAMES STURDEVANT
ATTORNEY AT LAW
BELLINGHAM TOWERS #920
119 N. COMMERCIAL
BELLINGHAM, WASHINGTON 98225
(360) 671-2990
E-MAIL: sturde@openaccess.org

**WHEREFORE,** Plaintiff prays that the Court grants the following:

1. A finding that the defendants violated the FDCPA and/or an admission from the defendants that they violated the FDCPA.

2. Damages pursuant to 15 U.S.C. § 1692k(a).

3. Reasonable attorney's fees and costs pursuant to 15 U.S.C. § 1692k(a)(3).

4. Such other and further relief as the Court deems just and proper.

DATED this 22nd day of October 2012.

_____
James Sturdevant WSBA #8016
Attorney for the Plaintiff

COMPLAINT AND JURY DEMAND - 9/9

JAMES STURDEVANT
ATTORNEY AT LAW
BELLINGHAM TOWERS #920
119 N. COMMERCIAL
BELLINGHAM, WASHINGTON 98225
(360) 671-2990
E-MAIL: sturde@openaccess.org



## SUPERIOR COURT OF THE STATE OF WASHINGTON FOR WHATCOM COUNTY

| FIA CARD SERVICES, N.A., | NO. 11-2-02048-3 |
|---|---|
| Plaintiff/Petitioner, | ASSIGNED JUDGE: Judge Ira Uhrig |
| vs. NOEL NEWELL | **NOTE FOR MOTION DOCKET** (NTMTDK) [X] Civil Motion Calendar [ ] Domestic Calendar [ ] Revision of Commissioner Ruling [ ] Special Set |
| Defendant/Respondent. | *(Use separate sheet for each noting)* |

### NOTE FOR MOTION DOCKET

Please take note that the issue in this case will be heard on the date set out in the margin and the clerk is requested to note the same on the motion docket for that day, **subject to the confirmation rule**.

OCTOBER 29, 2011 @ 1:30 PM
Date and Time of Hearing

Nature of Hearing:

MOTION FOR DEFAULT JUDGMENT – DEFENDANT HAS HAS APPEARED

**CERTIFICATE OF MAILING:**

I certify that I mailed a copy of this document to the parties listed below, postage prepaid on the 16 day of September, 2011

*/s/ Stephanie Simon*
By: Signature

DATE SUBMITTED: SEP 16 2011
SUBMITTED BY:

Signature of Lawyer or Party
Donna Smith   #37836
Print or Type Name; WSBA # if Attorney
Address:  10824 SE OAK STREET, PMB 401
           MILWAUKIE, OR  97222
Telephone
503-786-6119
If Attorney, Party Represented:

☐ Petitioner/Plaintiff  **FIA CARD SERVICES, N.A.**
☐ Respondent/Defendant

| NAME (below) | NAME (below) |
|---|---|
| JAMES STURDEVANT      WSBA: | _____ WSBA: _____ |
| ADDRESS: | ADDRESS: |
| 119 NORTH COMMERCIAL STREET, #920 | |
| BELLINGHAM, WA 98225 | |
| Attorney for:  ☐ Petitioner/Plaintiff ☒ Respondent/Defendant | Attorney for:  ☐ Petitioner/Plaintiff ☐ Respondent/Defendant |

*[Whatcom Note for Motion Docket]*

**EXHIBIT No. A**

SUPERIOR COURT OF WASHINGTON

FOR WHATCOM COUNTY

| | |
|---|---|
| FIA CARD SERVICES, N.A., <br><br>         Plaintiff, <br><br> vs. <br><br> NOEL NEWELL, <br><br>         Defendant | Case No.: 11-2-02048-3 <br><br> DECLARATION OF MAILING: Note for Motion Docket / Notice of Hearing, Motion for Order of Default, and Proposed Order of Default and Default Judgment |

The undersigned hereby certifies, under penalty of perjury of the laws of the State of Washington, that the Note for Motion Docket / Notice of Hearing, Motion for Order of Default, and Proposed Order of Default and Default Judgment have been served on the Defendant or Counsel for Defendant set forth below, by placing in the US Mail, postage prepaid, from Milwaukie Oregon on this date: __SEP 1 6 2011__.

Sent to:   JAMES STURDEVANT
           119 NORTH COMMERCIAL ST., #920
           BELLINGHAM, WA  98225

By: _Stephanie Simon_

Litigation Assistant

Declaration of Mailing - 1

Zwicker & Associates
10824 SE Oak PMB 401
Milwaukie, OR 97222
(503)-786-6119; FAX 503-786-6130
TOLL FREE 877-204-9425


EXHIBIT No. 3



## SUPERIOR COURT OF THE STATE OF WASHINGTON FOR WHATCOM COUNTY

| FIA CARD SERVICES, N.A., | NO. 11-2-02048-3 |
|---|---|
| Plaintiff/Petitioner, | ASSIGNED JUDGE: Judge Ira Uhrig |
| VS. | **NOTE FOR MOTION DOCKET** (NTMTDK) |
| NOEL NEWELL | [X] Civil Motion Calendar |
| Defendant/Respondent. | [ ] Domestic Calendar |
| | [ ] Revision of Commissioner Ruling |
| | [ ] Special Set |
| | *(Use separate sheet for each noting)* |

**NOTE FOR MOTION DOCKET**

10-28-11 @ 1:30 PM   C1
Date and Time of Hearing

Please take note that the issue in this case will be heard on the date set out in the margin and the clerk is requested to note the same on the motion docket for that day, **subject to the confirmation rule**.

Nature of Hearing:

MOTION FOR DEFAULT JUDGMENT – DEFENDANT HAS HAS APPEARED

DATE SUBMITTED: SEP 16 2011
SUBMITTED BY:

Signature of Lawyer or Party
Donna Smith    #37836
Print or Type Name; WSBA # if Attorney
Address:  10824 SE OAK STREET, PMB 401
          MILWAUKIE, OR 97222

Telephone
503-786-6119
If Attorney, Party Represented:

o Petitioner/Plaintiff **FIA CARD SERVICES, N.A.**

o Respondent/Defendant

**CERTIFICATE OF MAILING:**

I certify that I mailed a copy of this document to the parties listed below, postage prepaid on the 16 day of September, 2011

By: Signature

| NAME (below) | NAME (below) |
|---|---|
| JAMES STURDEVANT      WSBA: | _____ WSBA: _____ |
| **ADDRESS:** | **ADDRESS:** |
| 119 NORTH COMMERCIAL STREET, #920 | |
| BELLINGHAM, WA 98225 | |
| Attorney for: [ ] Petitioner/Plaintiff  [X] Respondent/Defendant | Attorney for: [ ] Petitioner/Plaintiff  [ ] Respondent/Defendant |

*[Whatcom Note for Motion Docket]*




SUPERIOR COURT OF WASHINGTON

FOR WHATCOM COUNTY

| | |
|---|---|
| FIA CARD SERVICES, N.A., | Case No.: 11-2-02048-3 |
| Plaintiff, | DECLARATION OF MAILING: Note for Motion Docket / Notice of Hearing, Motion for Order of Default, and Proposed Order of Default and Default Judgment |
| vs. | |
| NOEL NEWELL, | |
| Defendant | |

The undersigned hereby certifies, under penalty of perjury of the laws of the State of Washington, that the Note for Motion Docket / Notice of Hearing, Motion for Order of Default, and Proposed Order of Default and Default Judgment have been served on the Defendant or Counsel for Defendant set forth below, by placing in the US Mail, postage prepaid, from Milwaukie Oregon on this date: __SEP 1 6 2011__.

Sent to:   JAMES STURDEVANT
           119 NORTH COMMERCIAL ST., #920
           BELLINGHAM, WA  98225

By: _____
      Litigation Assistant

Declaration of Mailing - 1

Zwicker & Associates
10824 SE Oak PMB 401
Milwaukie, OR 97222
(503)-786-6119; FAX 503-786-6130
TOLL FREE 877-204-9425

EXHIBIT No. D

```
                FILED
         COUNTY CLERK
         2011 OCT 28  AM 11:23
         WHATCOM COUNTY
         WASHINGTON
         BY_____
```

SUPERIOR COURT OF THE STATE OF WASHINGTON FOR
WHATCOM COUNTY

| | |
|---|---|
| FIA CARD SERVICES, N.A., ) | |
| ) | No. 11-2-02048-3 |
| Plaintiff, ) | |
| ) | RESPONSE TO PLAINTIFF'S |
| v. ) | MOTION FOR DEFAULT JUDGMENT |
| ) | |
| NOEL NEWELL, ) | |
| ) | |
| Defendant. ) | |

COMES NOW the defendant, Noel Newell, by and through her attorney, James Sturdevant, and responds to the Plaintiff's Motion for Default Judgment. The Note for Motion Calendar that I received stated that the hearing date was October 29, 2011 at 1:30 p.m. Since the date was incorrect, the motion was not properly before this Court and I did not file an answer. I see now from checking on-line that someone has changed the hearing date from October 29, 2011 to October 28, 2011. I was never notified of the date change. Such a date change without notice to opposing counsel is irregular. I am filing a general denial herewith. If I had been notified of the date change, I would

RESPONSE TO PLAINTIFF'S MOTION
FOR DEFAULT JUDGMENT - 1/2

EXHIBIT No. E

JAMES STURDEVANT
ATTORNEY AT LAW
BELLINGHAM TOWERS #920
119 N. COMMERCIAL
BELLINGHAM, WASHINGTON 98225
(360) 671-2990
E-MAIL: sturde@openaccess.org

have filed a comprehensive and detailed answer and not the mere general denial.

DATED this 28th day of October 2011.

_____
James Sturdevant WSBA #8016
Attorney for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on October 28, 2011, I served a true and complete copy of the foregoing Response to Plaintiff's Motion for Default Judgment; and Answer on:

Domma J. Smith
Zwicker & Associates, P.C.
10824 SE Oak PMB 401
Milwaukie, OR  97222

dsmith@zwickerpc.com

[x] Via E-Mail

Dated this 28th day of October 2011.

_____
James Sturdevant #8016
Attorney for Defendant

RESPONSE TO PLAINTIFF'S MOTION
FOR DEFAULT JUDGMENT - 2/2

JAMES STURDEVANT
ATTORNEY AT LAW

BELLINGHAM TOWERS #920
119 N. COMMERCIAL
BELLINGHAM, WASHINGTON 98225
(360) 671-2990
E-MAIL: sturde@openaccess.org

JAMES STURDEVANT
ATTORNEY AT LAW
119 North Commercial Street #920
Bellingham, WA 98225
Telephone 1360-671-2990
Internet: sturde@openaccess.org

VIA U.S. First-Class Postage-Prepaid Mail and Electronic Mail

October 28, 2011

Donna Smith
Zwicker & Associates, P.C.
Attorneys at Law Oregon Office
10824 SE Oak, PMB 401
Milwaukie, OR 97222
dsmith@zwickerpc.com

Re:  FIA Card Services, N.A. vs. Noel Newell;
     Case No. 11-2 -02048-3

Dear Madam:

I was surprised to learn that the date for the hearing on the Motion for Default Judgment on the above-referenced case was changed from October 29, 2011 at 1:30 p.m. to October 28, 2011 at 1:30 p.m. Could you please tell me how and when you notified me of the hearing date change.

Enclosed is a Response to the Motion for Default Judgment; Answer; and Motion and Affidavit of Prejudice.

With best regards,

Yours very truly,

James Sturdevant

cc: Noel Newell

JS:gf
Encls.

EXHIBIT No. F